UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas J. Palma, Esq., Valerie Palma DeLuisi, Esq., & Associates, P.C.
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
[P]: (973) 471-1121
[F]: (973) 472-0032
VPD@palmalawfirm.com
Attorneys for Debtor

Order Filed on June 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Harry Leonard

       Debtor.

Case No.: 25-11096

Chapter: MEH

Judge: 13

# ORDER AUTHORIZING RETENTION OF

Carmen J Memoli CPA

The relief set forth on the following page is **ORDERED**.

**DATED:** June 25, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Carmen J Memoli CPA_____
as _____Accountant for Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 222 Oak Avenue, Suite 5
   Toms River, NJ 08753
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date this application was filed.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-11096-MEH

Harry Leonard                                                        Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                     User: admin                                               Page 1 of 2

Date Rcvd: Jun 25, 2025                             Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harry Leonard, 1505 Oxford Lane, Belmar, NJ 07719-3635 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025                                   Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie Palma DeLuisi | on behalf of Debtor Harry Leonard vpd@palmalawfirm.com r51449@notify.bestcase.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jun 25, 2025     Form ID: pdf903     Total Noticed: 1
TOTAL: 6